No. 71–647.  JAMES E. SIMON CO., INC. v. ARDELT-HORN CONSTRUCTION CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 71–648.  D'EUGENIO v. SLATTERY CONSTRUCTION CO., INC.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 71–649.  CAAMANA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–656.  MASIELLO ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–660.  TATUM ET UX. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–663.  FLANAGAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–5127.  HARDEE v. NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–5339.  MORGAN v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–5391.  BRADFORD v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–5474.  LINEBERGER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–5486.  GEPPI v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 71–5518.  PERRY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.